# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4588
_____

SYLVESTER M. JOSEPH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

January 7, 2019

PER CURIAM.

DISMISSED.

MAKAR, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Sylvester M. Joseph, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.